IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA DORTCH,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JEFF BLIEMEISTER, Chief of Police; ARMSTRONG, I.D. #1257; BETTS, I.D. #1158; CRONIN, I.D. #1347; RYAN, Property Agent, I.D. # Unknown; CAMPBELL, Property Agent, I.D. # Unknown; SCHAAF, Property Agent, I.D. # Unknown; CITTA, I.D. #340; JOHN D. HALLOCK, FBI Agent SA; FBI OMAHA DIVISION, and JOHN DOE, An and All Other;<br><br>　　　　　　　Defendants. | 8:19CV175<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　　This matter is before the court on Plaintiff's correspondence, which the court construes as a motion for an extension of time to pay his initial partial filing fee. ([Filing No. 14](#).) The court's records reflect that Plaintiff paid his initial partial filing fee on or about May 13, 2019. Accordingly,

　　　IT IS ORDERED that Plaintiff's correspondence, construed as a motion for extension of time ([filing no. 14](#)), is denied as moot. Plaintiff is advised that the next step in Plaintiff's case is for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 1st day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge